UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRIQ HARRINGTON,

                              Plaintiff,

          -against-                                    25-CV-10407 (JGLC)

WESTCHESTER COUNTY, et al.,                            **ORDER**

                              Defendants.

JESSICA G. L. CLARKE, United States District Judge:

On March 13, 2026, Defendants filed a joint motion to dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6). ECF No. 34. Because Plaintiff's Amended Complaint supersedes his original Complaint, *see Royal Canin U. S. A., Inc. v. Wullschleger*, 604 U.S. 22, 35 (2025), the Court DENIES Defendants' prior motion to dismiss (ECF No. 27) as moot. The Clerk of Court is directed to terminate ECF No. 27.

Dated:  March 16, 2026
        New York, New York

                                        SO ORDERED.

                                        _Jessica Clarke_
                                        _____
                                        JESSICA G. L. CLARKE
                                        United States District Judge