UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRIQ HARRINGTON,

Plaintiff,

-against-

WESTCHESTER COUNTY, et al.,

Defendants.

25-CV-10407 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court previously ordered the parties to submit a joint status letter within one week of any unsuccessful mediation. ECF No. 54. The parties went to mediation on September 16, 2026, which was unsuccessful. *See* ECF Nos. 53, 55. However, no letter has been filed. Accordingly, the parties are directed to file a joint status letter by October 1, 2026.

Dated: September 25, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge