UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRIQ HARRINGTON,

Plaintiff,

-against-

WESTCHESTER COUNTY, et al.,

Defendants.

25-CV-10407 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

As directed during today's status conference, the Court sets the following deadlines. By January 8, 2027, Plaintiff shall file his Second Amended Complaint ("SAC"). Defendants shall answer or otherwise respond to the SAC by February 19, 2027. Any opposition is due on March 5, 2027, and a reply is due on March 12, 2027. Because of the forthcoming SAC, the Court denies the Motion to Dismiss at ECF No. 34 as moot.

Additionally, by October 14, 2026, the parties are directed to file a proposed amended civil case management plan and scheduling order ("CMP"). The Court will approve a proposed deadline for fact discovery that exceeds 120 days from the date of the CMP, because of the forthcoming SAC and renewed motion to dismiss.

The Clerk of Court is directed to terminate ECF No. 34.

Dated: October 7, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge